# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128590

EUNICE WELCH LOLMAUGH,
     Plaintiff-Appellee,

v

                                   SC: 128590
                                   COA: 260258
                                   Berrien CC: 2003-003530-CK

HARVEY L. CURRY and CAROLYN J.
CURRY,
     Defendants-Appellants.
_____/

     On order of the Court, the application for leave to appeal the January 28, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2005

_____
Clerk

d1128